**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Melissa Brownlow<br><br>Debtor(s) | Case No. 14-04097 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2014.

2) The plan was confirmed on 04/22/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/28/2015.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,086.68 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$4,086.68**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $496.42 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $163.73 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$660.15**

Attorney fees paid and disclosed by debtor:     $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIED INTERSTATE | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 13,464.50 | 13,464.50 | 13,464.50 | 2,815.32 | 345.49 |
| ATG CREDIT | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| Cadence Health | Unsecured | 248.91 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 501.00 | 501.34 | 501.34 | 0.00 | 0.00 |
| Cash In A Wink | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Central DuPage Emergency Physicians | Unsecured | 8.50 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 300.00 | 463.60 | 463.60 | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 275.82 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 755.00 | NA | 753.73 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 138.00 | 138.28 | 138.28 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,646.00 | 1,646.35 | 1,646.35 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,120.00 | 1,179.81 | 1,179.81 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 675.00 | 675.45 | 675.45 | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 991.00 | 991.23 | 991.23 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,490.00 | 1,490.00 | 1,490.00 | 0.00 | 0.00 |
| COMENITY BANK | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 233.18 | 32.54 |
| COMENITY BANK | Unsecured | 407.51 | 287.19 | 287.19 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 101.82 | 101.82 | 0.00 | 0.00 |
| COMENITY BANK | Secured | NA | 753.73 | 753.73 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL OF IL LLC | Unsecured | 1,100.00 | 1,418.31 | 1,418.31 | 0.00 | 0.00 |
| Elmhurst Memorial Hospital | Unsecured | 5.33 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Service, Inc | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 339.17 | 354.99 | 354.99 | 0.00 | 0.00 |
| HEALTHCARE ASSOC CREDIT UNION | Unsecured | 701.00 | 701.37 | 701.37 | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| IL DEPART OF EMPLOYMENT SECUR | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 0.00 | 395.72 | 395.72 | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 68.40 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 0.45 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Laboratory Medicine Assoc | Unsecured | 9.90 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 0.45 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 0.90 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 0.45 | NA | NA | 0.00 | 0.00 |
| Illinois Laboratory Medicine Assoc | Unsecured | 0.45 | NA | NA | 0.00 | 0.00 |
| Illinois Pathology Associates | Unsecured | 543.10 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 277.11 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 307.68 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | NA | 37.00 | 37.00 | 0.00 | 0.00 |
| MacNeal Hospital | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Physicans Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MASON | Unsecured | 382.00 | 408.05 | 408.05 | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 1,275.00 | 1,274.67 | 1,274.67 | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 577.00 | 577.93 | 577.93 | 0.00 | 0.00 |
| MONROE & MAIN | Unsecured | 525.00 | 544.04 | 544.04 | 0.00 | 0.00 |
| MRSI | Unsecured | 1,622.00 | NA | NA | 0.00 | 0.00 |
| North American Partners In Anesthes | Unsecured | 147.90 | NA | NA | 0.00 | 0.00 |
| North American Partners In Anesthes | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 503.00 | 503.16 | 503.16 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 782.00 | 782.19 | 782.19 | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 7.10 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 6.60 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 30.00 | 30.36 | 30.36 | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | NA | 424.52 | 424.52 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 595.19 | 595.19 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 172.40 | NA | NA | 0.00 | 0.00 |
| State of Illinois | Unsecured | 561.40 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 16.40 | 16.40 | 16.40 | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 16.40 | 239.00 | 239.00 | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | NA | 447.00 | 447.00 | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 618.00 | 618.30 | 618.30 | 0.00 | 0.00 |
| US BANK NA | Unsecured | 700.00 | 193.90 | 193.90 | 0.00 | 0.00 |
| US BANK NA | Unsecured | 69.00 | 69.00 | 69.00 | 0.00 | 0.00 |
| VHS Genesis Lab, Inc | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| VHS of Illinois inc dba MacNeal Hos | Unsecured | 147.90 | NA | NA | 0.00 | 0.00 |
| VHS of Illinois inc dba MacNeal Hos | Unsecured | 697.99 | NA | NA | 0.00 | 0.00 |
| VHS of Illinois inc dba MacNeal Hos | Unsecured | 1.50 | NA | NA | 0.00 | 0.00 |
| VHS of Illinois inc dba MacNeal Hos | Unsecured | 16.74 | NA | NA | 0.00 | 0.00 |
| VHS of Illinois inc dba MacNeal Hos | Unsecured | 1.50 | NA | NA | 0.00 | 0.00 |
| VHS West Suburban Medical Center | Unsecured | 1.50 | NA | NA | 0.00 | 0.00 |
| VHS West Suburban Medical Center | Unsecured | 196.36 | NA | NA | 0.00 | 0.00 |
| VHS West Suburban Medical Center | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| Vision Fin | Unsecured | 1,621.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 1,537.00 | 1,569.68 | 1,569.68 | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $13,464.50 | $2,815.32 | $345.49 |
|     All Other Secured | $1,753.73 | $233.18 | $32.54 |
| **TOTAL SECURED:** | **$15,218.23** | **$3,048.50** | **$378.03** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,429.58** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
|     Expenses of Administration | $660.15 |
|     Disbursements to Creditors | $3,426.53 |
| **TOTAL DISBURSEMENTS :** | **$4,086.68** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/01/2015      By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**